| | |
|---|---|
| 1 | DONNA M. MEZIAS (SBN 111902) |
| | DOROTHY F. KASLOW (SBN 287112) |
| 2 | dmezias@akingump.com |
| | dkaslow@akingump.com |
| 3 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 580 California Street, Suite 1500 |
| 4 | San Francisco, CA 94104 |
| | Telephone:     415-765-9500 |
| 5 | Facsimile:     415-765-9501 |
| 6 | Attorneys for defendant |
| | Home Depot U.S.A., Inc. |
| 7 | |
| 8 | JEAN-CLAUDE LAPUYADE (SBN 248676) |
| | JCL LAW FIRM, APC |
| 9 | 3990 Old Town Avenue, Suite C204 |
| | San Diego, CA 92110 |
| 10 | Telephone:     619-255-9047 |
| | Facsimile:     619-599-8291 |
| 11 | SHANI O. ZAKAY (SBN 277924) |
| | ZAKAY LAW GROUP, APLC |
| 12 | 5850 Oberlin Drive, Suite 230A |
| | San Diego, CA 92121 |
| 13 | Telephone:     619-255-9047 |
| | Facsimile:     619-404-9203 |
| 14 | |
| 15 | Attorneys for plaintiffs |
| | Niki Nunes, Chris Smith, and Mitzi Wallace |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI NUNES, individually and on behalf of all persons similarly situated, CHRIS SMITH, individually and on behalf of all persons similarly situated, MITZI WALLACE, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-01207-JAM-DB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION FOR ORDER EXTENDING TIME TO FILE PLAINTIFFS' AMENDED COMPLAINT**<br><br>JUDGE: JOHN A. MENDEZ<br><br>Date Action Filed: May 24, 2019<br><br>(*San Joaquin County Superior Court, No. STK-CV-UOE-2019-6656*) |

ORDER

The Court, having considered the Joint Stipulation and Motion for Order Extending Time to File Plaintiffs' Amended Complaint, hereby orders that Plaintiffs file an amended pleading no later than May 3, 2020.

**IT IS SO ORDERED.**

Dated: November 8, 2019

/s/ John A. Mendez
Hon. Judge John A. Mendez
United States District Court Judge