ZAKAY LAW GROUP, APLC
Shani O. Zakay (State Bar #277924)
5850 Oberlin Drive, Ste. 230A
San Diego, CA 92121
Telephone: 619-892-7095
Facsimile: 858-404-9203
shani@zakaylaw.com
Website: www.zakaylaw.com

JCL Law Firm, A.P.C.
Jean-Claude Lapuyade (State Bar # 248676)
3990 Old Town Avenue, Suite C204
San Diego, CA 92110
Telephone: 619-599-8292
Facsimile: 619-599-8291
jlapuyade@jcl-lawfirm.com
Website: www.jcl-lawfirm.com

Attorneys for Plaintiffs

DONNA M. MEZIAS (SBN 111902)
DOROTHY F. KASLOW (SBN 287112)
dmezias@akingump.com
dkaslow@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Facsimile: 415-765-9501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI NUNES, individually and on behalf of all persons similarly situated, CHRIS SMITH, individually and on behalf of all persons similarly situated, MITZI WALLACE, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:19-cv-01207-JAM-DB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE THE FIRST AMENDED COMPLAINT**<br><br>HONORABLE JOHN A. MENDEZ COURTROOM 6<br><br>Date Action Filed: May 24, 2019<br><br>(*San Joaquin County Superior Court, No. STK-CV-UOE-2019-6656*) |

The Court having considered the Parties' Joint Stipulation and Order Continuing Plaintiffs' Deadline to File the First Amended Complaint, hereby orders Plaintiffs to file an amended pleading no later than December 15, 2020.

**IT IS SO ORDERED.**

Dated:  May 5, 2020  /s/ John A. Mendez
Hon. Judge John A. Mendez
United States District Court Judge