**ZAKAY LAW GROUP, APLC**
Shani O. Zakay (State Bar #277924)
Jackland K. Hom (State Bar #327243)
3990 Old Town Ave. Suite C204
San Diego, CA 92110
Telephone: (619) 255-9047
Facsimile: (858) 404-9203

**JCL LAW FIRM, APC**
Jean-Claude Lapuyade (SBN 248676)
jlapuyade@jcl-lawfirm.com
3990 Old Town Avenue, Suite C204
San Diego, CA 92110
Telephone: (619) 599-8292
Fax:   (619) 599-8291

*Attorneys for Plaintiff*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
DONNA M. MEZIAS (State Bar # 111902)
DOROTHY F. KASLOW, Bar No. 287112
dmezis@akingump.com
dkaslow@akingump.com
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-765-9500
Fax No.: 415-765-9501

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI NUNES, individually and on behalf of all others similarly situated, CHRIS SMITH, individually and on behalf of all persons similarly situated, MITZI WALLACE individually and on behalf of all persons similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>HOME DEPOT U.S.A., INC., an Delaware Corporation; and DOES 1 through 50, Inclusive,<br><br>            Defendants. | Case No. 2:19-CV-01207-JAM-DB<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Judge: Hon. John A. Mendez<br><br>[Complaint Filed: May 24, 2019]<br>[Action Removed: June 28, 2019] |

ORDER

ORDER

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulation") filed by Plaintiff NIKI NUNES (Plaintiff "Nunes"), CHRIS SMITH (Plaintiff "Smith") and MITZI WALLACE (Plaintiff "Wallace") (hereinafter collectively "Plaintiff") and Defendant HOME DEPOT U.S.A., INC. ("Defendant").

Finding good cause appearing, the Stipulation shall be and hereby is GRANTED as follows:

1. All forthcoming deadlines in this action shall be vacated.

2. This action is dismissed in its entirety. The dismissal is *with prejudice* as to Plaintiffs' individual claims against Defendant. The dismissal is *without prejudice* as to the claims of the putative class members against Defendant.

3. The Parties shall each bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: January 20, 2022         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE